UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| YANTAI ORIENTAL PROTEIN TECH CO., LTD. ET AL, <br><br> Plaintiff, <br><br> and <br><br> KTL PHARMACEUTICAL, CO., LIMITED, <br><br> and <br><br> YANTAI T.FULL BIOTECH CO., LTD., <br><br> and <br><br> NURA USA, LLC, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> PURIS PROTEINS, LLC D/B/A PURIS, <br><br> Defendant-Intervenor. | Before: Claire R. Kelly, Judge <br><br> Court No. 24-00181 |
| ZHAOYUAN JUNBANG TRADING CO., LTD. ET AL., <br><br> Plaintiff, <br><br> and | Before: Claire R. Kelly, Judge <br><br> Court No. 24-00179 |

**YANTAI T.FULL BIOTECH CO., LTD.,**

and

**NURA USA, LLC,**

　　Plaintiff-Intervenors,

v.

**UNITED STATES,**

　　Defendant,

and

**PURIS PROTEINS, LLC D/B/A PURIS,**

Defendant-Intervenor.

## SCHEDULING ORDER

Upon consideration of the motions to consolidate cases filed in Ct No. 24-00179, ECF No. 35, and 24-00181, ECF No. 36, and to enter a scheduling order for the consolidated action, and pursuant to U.S. Court of International Trade Rules 16 and 56.2, it is

**ORDERED** that the motions are granted; and it is further

**ORDERED** that the following cases shall be consolidated under Yantai Oriental Protein Tech Co., Ltd. et al v. United States, Consol. Ct. No. 24-00181:

- Yantai Oriental Protein Tech Co., Ltd. et al v. United States, Ct. No. 24-00181; and

- Zhaoyuan Junbang Trading Co., Ltd. et al v. United States, Ct. No. 24-00179; and it is further

**ORDERED** that the consolidated action shall proceed in accordance with the schedule set forth below:

1. Plaintiff shall file their Rule 56.2 motion and supporting brief on or before Thursday, April 3, 2025;

2. Plaintiff-Intervenors' shall file their Rule 56.2 motion and supporting brief on or before Thursday, April 17, 2025;

3. Defendant shall file their response brief on or before Wednesday, July 16, 2025;

4. Defendant-Intervenors' shall file their response briefs on or before Wednesday, July 30, 2025;

5. Plaintiffs shall file their reply briefs on or before Wednesday, September 10, 2025;

6. Plaintiff-Intervenors shall file their reply briefs on or before Wednesday, September 24, 2025;

7. Plaintiff shall file the joint appendix on or before Wednesday, October 8, 2025;

8. Any motions for oral argument shall be filed on or before Wednesday, October 15, 2025; and it is further

**ORDERED** that the entire confidential record will be filed, on the date listed above, as part of the joint appendix.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:    January 2, 2025
         New York, New York